

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

**MEMO ENDORSED**

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

November 15, 2007

Hon. Theodore H. Katz
United States Magistrate Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse, Room 1660
500 Pearl St., Room
New York, NY 10007



Re: <u>Glenn White v. Warden</u>, 07 Civ. 8072 (LAP)(THK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. For the reasons that follow, respondent respectfully requests an enlargement of time to February 22, 2008, to respond to the petition.

    By Order dated October 11, 2007, Your Honor directed respondent to file a response to the above-referenced petition by November 26, 2007. The Clerk's Office mailed that Order to respondent on October 29, 2007. Although my office has requested a copy of the state court record and the trial transcript, we have not yet received them. Additionally, at present, I am handling seven other federal habeas corpus matters that I have been directed to file responses in. I have also been directed to file an appellee's brief in a perfected appeal pending in the United States Court of Appeals for the Second Circuit. Finally,

I have airplane tickets for a family vacation for New Year's week. For these reasons, it is respectfully that respondent have an enlargement of time until February 22, 2008 to respond to the petition.

    Mr. White is incarcerated, and I have not spoken to him regarding this request for an enlargement of time. This is the first request for an extension of time in this matter.

    Although respondent is requesting an enlargement to February 22, 2008 to file a response, if a response can be filed earlier, it will be.

    Thank you for your consideration.

Respectfully submitted,

Thomas B. Litsky (TL-8976)<br>
Assistant Attorney General<br>
120 Broadway<br>
New York, NY 10271

cc: Glenn White<br>
    03-A-4800<br>
    Great Meadow Correctional Facility<br>
    P.O. Box 541<br>
    Comstock, NY 12821-0051

*The response to the petition shall be filed on or before February 22, 2008. Any reply shall be filed by March 17, 2008.*

**SO ORDERED**
11/20/07

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE