


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

**MEMO ENDORSED**

February 14, 2008

Hon. Theodore H. Katz
United States Magistrate Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1660
New York, NY 10007



Re: <u>Glenn White v. Warden</u>, 07 Civ. 8072 (LAP)(THK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. For the reason that follows, respondent respectfully requests an enlargement of time to April 11, 2008, to respond to the petition.

    By Order dated November 20, 2007, Your Honor directed respondent to file a response to the above-referenced petition by February 22, 2008. My Office received a copy of the trial transcripts on December 24, 2007. Last month, I started drafting a response to Mr. White's petition. In the process or drafting respondent's papers, I realized that although my office had the bulk of the state court record, we were missing a transcript of <u>Ventimiglia</u> Hearing (see <u>People v. Ventimiglia</u>, 52 N.Y.2d 350 (1981)). That transcript is necessary to respond to one of petitioner's claims. My office is actively attempting to secure this transcript. For this reason, respondent respectfully requests an extension of time to April 11, 2008 to respond to the petition.

COPIES MAILED
TO COUNSEL OF RECORD ON 2/25/08

Hon. Theodore H. Katz, U.S.M.J.
February 14, 2008
Page 2


   Mr. White is incarcerated, and I have not spoken to him regarding this request for an enlargement of time. This is respondent's second request for an extension of time in this matter.

   Although respondent is requesting an enlargement to April 11, 2008 to respond to the petition, if a response can be filed earlier, it will be.


   Thank you for your consideration.

                                        Respectfully submitted,

                                        *Thomas B. Litsky*
                                        Thomas B. Litsky (TL-8976)
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, NY 10271

cc:   Glenn White
      03-A-4800
      Great Meadow Correctional Facility
      11739 StBox 51
      Comstock, NY 12821-0051

*The response to the Petition shall be filed by April 11, 2008. Any reply shall be filed by April 30, 2008.*

2/20/08   **SO ORDERED**

                                        THEODORE H. KATZ
                                        UNITED STATES MAGISTRATE JUDGE