

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

**MEMO ENDORSED**

RECEIVED MAY 1 2008 CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE

(212)416-6173

April 30 2008

Hon. Theodore H. Katz
United States Magistrate Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1660
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

Re: <u>White v. Warden</u>, 07-CV-8072 (LAP)(THK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. Enclosed are courtesy copies of the following documents, the originals of which are being filed with the Clerk's office: (1) respondent's declaration, with attached exhibits, in opposition to the petition for a writ of habeas corpus; and (2) respondent's memorandum of law in opposition to the habeas corpus petition. Copies of the suppression hearing, trial, and sentencing transcripts have been filed with the Clerk's office.

*Any reply by Petitioner shall be filed by May 23, 2008.*

Respectfully submitted,

Thomas B. Litsky
Thomas B. Litsky (TL-8976)
Assistant Attorney General
120 Broadway
New York, NY 10271

**SO ORDERED**
5/1/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Glenn White
03-A-4806
Great Meadow Correctional Facility
11739 St Box 51
Comstock, NY 12821-0051

120 Broadway, New York, NY 10271 • Fax (212) 416-8010

COPIES MAILED
TO COUNSEL OF RECORD ON 5/1/08