UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
:
GLENN WHITE,                        :   07 Civ. 8072 (LAP) (THK)
                                    :
            Petitioner,             :   ORDER
                                    :
      v.                            :
                                    :
WARDEN, GREAT MEADOW CORRECTIONAL   :
FACILITY,                           :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -X



MAILED TO plff + COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/09

LORETTA A. PRESKA, CHIEF U.S.D.J.:

   On July 27, 2009, Magistrate Judge Katz issued a Report and Recommendation in favor of dismissing Petitioner's request for habeas relief with prejudice and recommending that no certificate of appealability be issued.  Objections to that Report and Recommendation were due on August 10, 2009.  Having received no objections and finding Judge Katz's well-reasoned recommendation to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

SO ORDERED:

DATED:   New York, New York
         October 5, 2009

                                    _____
                                    LORETTA A. PRESKA,
                                    CHIEF U.S.D.J.